AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: _S.C._ | |
|---|---|---|
| Name (under which you were convicted): _James Edgar Hutchinson_ | | Docket or Case No.: _2018-GS-21-1520 & 1523_ |
| Place of Confinement: _Kershaw Corr. Inst._ | Prisoner No.: _258003_ | |
| Petitioner (include the name under which you were convicted) _James Edgar Hutchinson_ | v. | Respondent (authorized person having custody of petitioner) |
| The Attorney General of the State of: _Alan Wilson_ | | |

_Clerk of Court U.S. District Court Florence, S.C. 29503_

**PETITION** _Robin L. Blume P.O. box-2317_

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:
_Florence County, S.C. 12th Judicial Circuit General Sessions 180. North Irby St, Florence, S.C. 29501_

    (b) Criminal docket or case number (if you know): _2018-GS-21-1520 & 1523_

2.    (a) Date of the judgment of conviction (if you know): _January 4th 2019_

    (b) Date of sentencing: _January 4th 2019_

3.    Length of sentence: _26 years on Both indictments_

4.    In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:
_Burglary First degree_
_2-charges_
_2018-GS-21-1520_
_2018-GS-21-1523_

6.    (a) What was your plea? (Check one)

      ☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)

      ☑ (2) Guilty       ☐ (4) Insanity plea