James Edgar Hutchinson #258003
Kershaw, C.I. Sycamore-B-46
4848. Goldmine Hwy.
Kershaw, S.C. 29067



US POSTAGE PITNEY BOWES
ZIP 29067
02 4W    $ 004.47⁰
0000378441 NOV 10 2025

The Honorable Kaumani D. West
United States Magistrate Judge
c/o...,U.S.District Court Clerk
Post Office Box-2317
Florence, S.C. 29503



RECEIVED
NOV 10 2025
KERSHAW CI
MAILROOM



ITEM X-RAYED BY
USMS

NOV 17 '25 AM 10:18
RCV'D - USDC FLO SC



DEPARTMENT OF CORRECTIONS HAS NEITHER
THE 08/08/2013 AT DOES 1-CT INSPECTED. THIS ITEM, THEREFORE
OF ITS CONTENTS.
MAILED BY
KERSHAW CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTIONS